FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY D. CHEESMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHIEF JUSTICE FAIRHURST, JUSTICE JOHNSON, JUSTICE OWENS, JUSTICE WIGGINS, JUSTICE GORDON MCCLOUD,<br><br>    Defendants. | No. 1:18-cv-03230-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING FILE** |

    On January 14, 2019, Magistrate Judge Rodgers issued a Report and Recommendation to Dismiss Complaint and Close File, ECF No. 4. No timely objections have been filed.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Court adopts Magistrate Judge Rodgers' Report and Recommendation, ECF No. 4, in its entirety.

    2.    The Complaint is **DISMISSED** without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    3.    Within fourteen (14) days of this Order, Plaintiff shall provide written notice to all Defendants that were served a copy of the summons and complaint that the case has been dismissed.

**ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING FILE ~ 1**

4. The District Court Executive is directed to close the file.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to Plaintiff, and close the file.

**DATED** this 19th day of February 2019.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING FILE ~ 2**